UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

T.R. World Gym-IP, LLC and
T.R. World Gym, LLC

        v.                    07-cv-358-JM

Fitness Management Orlando, Inc.,
d/b/a World Gym West Orlando, Daniel J.
Barton, and Christopher D. Palmer

## ORDER

      Defendants Fitness Management Orlando, Inc., d/b/a World Gym West Orlando and Daniel J. Barton filed their answers with the court on December 10, 2007. A notice was sent informing the parties that a corporation must be represented by counsel according to Local Rule 83.6(c) and that a disclosure statement must be filed by the corporation in accordance with Fed. R. Civ. P. 7.1. Also sent to Daniel Barton was a notice stating that in accordance with Local Rule 83.6(b) pro se parties must appear personally, declaring their "pro se" status in their initial filing or in a notice of appearance. The words "pro se" shall follow a party's signature on all filings in the same case.

      The parties having failed to respond within the time and in the manner provided, default is herewith entered as to those parties in accordance with Local Rule 55.1.

      A damages hearing is scheduled for March 13, 2008 at 9:30 a.m.

      SO ORDERED,


January 29, 2008                          /s/James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

cc:     Teresa C. Tucker, Esq.