**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>T.R. World Gym-IP, LLC</u>
<u>T.R. World Gym, LLC</u>

  v.            Civil No. 07-cv-358-JM

<u>Fitness Management Orlando, Inc.</u>
<u>d/b/a World Gym West Orlando, et al.</u>

**O R D E R**

  Having considered plaintiffs T.R. World Gym-IP, LLC's and T.R. World Gym, LLC's("World Gym") Motion for Default Judgment (Doc. no. 14), the Memorandum in support thereof, the Declaration of Christopher J. Rondeau in support thereof, the Declaration of Teresa C. Tucker in support thereof, the default judgments entered by the Clerk of this Court on January 29, 2008, the Summons documents, Complaint and proof of service on file herein, and all of the relevant papers and pleadings on file with the Court in this matter, THE COURT ORDERS AS FOLLOWS:

  World Gym's Motion for Default Judgment against all Defendants is GRANTED.

  1. The Defendants breached the License Agreement and the License Agreement was terminated at least as early as June 25, 2007.

2. Defendants are jointly and severally liable to World Gym for willful trademark infringement under federal law, 15 U.S.C. §1114, et seq., for infringing the following federally registered trademarks and service marks:

| Trademark | Registration No. | Registration Date |
|---|---|---|
| WORLD | U.S. Reg. No. 1,911,887 | August 15, 1995 |
| WORLD GYM | U.S. Reg. No. 1,791,584 | September 7, 1993 |
| WORLD GYM FITNESS CENTER, plus design | U.S. Reg. No. 1,856,427 | September 27, 1994 |
| WORLD GYM, plus design | U.S. Reg. No. 2,499,267 | October 23, 2001 |
| WORLD GYM, plus design | U.S. Reg. No. 2,268,311 | August 10, 1999 |
| WORLD GYM, plus design | U.S. Reg. No. 1,354,193 | August 13, 1985 |
| WORLD GYM, plus design | U.S. Reg. No. 1,783,000 | July 20, 1993 |

3. Defendants are jointly and severally liable to World Gym for false designation of origin, and false description and representation, under federal law, 15 U.S.C. §1125, et seq.

4. World Gym is hereby awarded $3947.40 in unpaid royalties and interest.

5. World Gym is hereby awarded attorneys' fees and costs in an amount of $4619.77.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: April 4, 2008

cc: Teresa C. Tucker, Esq.
    Donald J. Perreault, Esq.