**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

T.R. World Gym-IP, LLC and
T.R. World Gym, LLC

    v.                                Civil No. 07-cv-358-JM

Fitness Management Orlando, Inc.
d/b/a World Gym West Orlando, et al.

**O R D E R**

Having considered plaintiffs T.R. World Gym-IP, LLC's and

T.R. World Gym, LLC's ("World Gym") Motion for Permanent

Injunction (Doc. no. 15), the Memorandum in support thereof, the

Declaration of Christopher J. Rondeau in support thereof, the

Declaration of Teresa C. Tucker in support thereof the default

judgments entered by the Clerk of this Court on January 29, 2008,

the Summons documents, Complaint and proof of service on file

herein, and all of the relevant papers and pleadings on file with

the Court in this matter, THE COURT ORDERS AS FOLLOWS:

World Gym's Motion for Permanent Injunction against all

Defendants is GRANTED.

1. Defendants are jointly and severally liable to World Gym

for willful trademark infringement under federal law, 15 U.S.C.

§1114 et seq., for infringing the following federally registered

trademarks and service marks:

| Trademark | Registration No. | Registration Date |
|---|---|---|
| WORLD | U.S. Reg. No. 1,911,887 | August 15, 1995 |
| WORLD GYM | U.S. Reg. No. 1,791,584 | September 7, 1993 |
| WORLD GYM FITNESS CENTER, plus design | U.S. Reg. No. 1,856,427 | September 27, 1994 |
| WORLD GYM, plus design | U.S. Reg. No. 2,499,267 | October 23, 2001 |
| WORLD GYM, plus design | U.S. Reg. No. 2,268,311 | August 10, 1999 |
| WORLD GYM, plus design | U.S. Reg. No. 1,354,193 | August 13, 1985 |
| WORLD GYM, plus design | U.S. Reg. No. 1,783,000 | July 20, 1993 |

2. Defendants are jointly and severally liable to World Gym for false designation of origin, and false description and representation, under federal law, 15 U.S.C. §1125, et seq.

3. Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert, privity or participation with them, and each of them individually, without bond, shall be permanently enjoined from doing, abiding, causing or abetting any of the following:

(a) using any trademark, trade name, or domain name comprised of or incorporating "WORLD GYM" or "WORLD" or any term confusingly similar, phonetically similar or that constitutes a

misspelling of said term;

(b) using any other mark, trade name, domain name or indicia that is confusingly similar to or likely to dilute the distinctive quality of the WORLD GYM trademarks, including use of said marks as part of domain names, host names or e-mail addresses.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date:   April 4, 2008

cc:     Teresa C. Tucker, Esq.
        Donald J. Perreault, Esq.